UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

IN RE:    DANIELLE M DEVLIN            CASE NO:    17-15594

                                        CHAPTER:    13

Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim 3 filed on 09/14/2017, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

03/17/2020

Bankruptcy Specialist
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

### CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on 03/17/2020, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.



FILED
MAR 18 2020
TIMOTHY McGRATH, CLERK

BK-07 (05/23/18)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved.