Certificate Number: 16339-PAE-DE-034984277

Bankruptcy Case Number: 17-15594



16339-PAE-DE-034984277

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2020, at 9:01 o'clock PM EDT, Christopher Hodges completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 14, 2020    By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor