United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15594-elf |
| Danielle M. Hodges | Chapter 13 |
| Christopher A. Hodges | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Danielle M. Hodges, Christopher A. Hodges, 234 E. Comly Street, Philadelphia, PA 19120-1105 |
| 13969201 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13969202 | + | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 13969204 | + | Capital One/Neiman Marcus/Bergdorf Goodm, PO Box 729080, Dallas, TX 75372-9080 |
| 13996152 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 13969215 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13969216 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13989242 | | Navient Solutions, LLC on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 13969219 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13969221 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 13969228 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor credit Corp, PO Box 8026, Cedar Rapids, IA 52408 |
| 13969227 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 13982446 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14254739 | + | Toyota Motor Credit Corporation, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13969229 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 13969231 | + | Wells Fargo Bank Card, MAC F82535-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 13983862 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 13998367 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13992086 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 13969232 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |
| 13969233 | + | Wfhm, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14126468 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 19 2021 01:49:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |

Case 17-15594-elf  Doc 45  Filed 05/20/21  Entered 05/21/21 00:56:34  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 13969210 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13969211 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14044710 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13969203 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:51:25 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13969205 | + | Email/Text: ecf@ccpclaw.com | May 19 2021 01:49:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13969207 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:51:31 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13969208 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:51:31 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13969209 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:51:31 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, PO Box 790040, St Louis, MO 63179-0040 |
| 13969212 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenitycapital/dvdsbr, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 13969213 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenitycb/modellvisa, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 13969214 | + | Email/Text: ebnnotifications@creditacceptance.com | May 19 2021 01:49:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 13969230 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:51:34 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14016308 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13969217 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2021 01:49:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13969218 | + | Email/PDF: pa_dc_claims@navient.com | May 19 2021 01:55:06 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 13995359 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 01:51:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13969220 | | Email/Text: bankruptcygroup@peco-energy.com | May 19 2021 01:49:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 13986174 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14028357 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13969222 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:08 | Syncb/Toys 'R' Us, PO Box 965064, Orlando, FL 32896-5064 |
| 13970182 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:08 | Synchrony Bank, Valerie Smith, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13969223 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:08 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |

| 13969224 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| --- | --- | --- | --- | --- |
| | | | May 19 2021 01:54:58 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 13969225 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 19 2021 01:54:57 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 13969226 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 19 2021 01:53:08 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14030184 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 19 2021 01:59:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14005068 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | May 19 2021 01:55:18 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | * | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 13969206 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14001569 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14254740 | *+ | Toyota Motor Credit Corporation, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Danielle M. Hodges ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Joint Debtor Christopher A. Hodges ecf@ccpclaw.com igotnotices@ccpclaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 53 |

MICHAEL A. CIBIK2
    on behalf of Joint Debtor Christopher A. Hodges ecf@ccpclaw.com igotnotices@ccpclaw.com

MICHAEL A. CIBIK2
    on behalf of Debtor Danielle M. Hodges ecf@ccpclaw.com igotnotices@ccpclaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Danielle M. Hodges and Christopher A. Hodges

    Debtor(s)              Bankruptcy No: 17−15594−elf
                       Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

  4. All objections must be filed with the Clerk at the following address:

        900 Market Street
         Suite 400
       Philadelphia, PA 19107

  5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                         For The Court
                        Timothy B. McGrath
                        Clerk of Court

Dated: 5/18/21

                                44 − 43
                            Form 138_new